Abraham Marcus, plaintiff in error, v. Yellow Cab Company, defendant in error.  Gen. No. 24,874.

Action to recover for personal injuries to taxicab passenger, in collision with automobile.  Judgment for plaintiff.  Error to the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding.  Heard in this court at the October term, 1919.  Affirmed.  Opinion filed January 12, 1920.

Jacob Levy and Josiah Burnham, for plaintiff in error.  D'Ancona & Pflaum, for defendant in error.

Mr. Justice Dever delivered the opinion of the court.

Tustin Packing Company, plaintiff in error, v. Southern Pacific Company, defendant in error.  Gen. No. 24,964.

Action to recover damages for injury to shipment of lemons by delay and negligence as warehouseman.  Judgment for defendant.  Error to the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding.  Heard in this court at the October term, 1919.  Affirmed.  Opinion filed January 12, 1920.

Charles A. Butler, for plaintiff in error.  John A. Sheean, for defendant in error.

Mr. Justice Dever delivered the opinion of the court.

West American Fruit Company, plaintiff in error, v. Southern Pacific Company, defendant in error.  Gen. No. 24,983.

Action to recover damages for injury to shipment of oranges for negligence in carriage and as warehouseman.  Judgment for defendant.  Error to the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding.  Heard in this court at the October term, 1919.  Affirmed.  Opinion filed January 12, 1920.

Charles A. Butler, for plaintiff in error.  John A. Sheean, for defendant in error.

Mr. Justice Dever delivered the opinion of the court.

The Inter Ocean Newspaper Company for use of William H. Norris, plaintiff in error, v. John R. Robertson, defendant in error.  Gen. No. 25,260.

Action to hold individual stockholder liable for debts of corporation.  Judgment for defendant.  Error to the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding.  Heard in this court at the October term, 1919.  Reversed and judgment here.  Opinion filed January 12, 1920.  Rehearing denied and judgment modified January 26, 1920.

Clinton A. Stafford, A. W. Martin and Edward H. S. Martin, for plaintiff in error.  Ashcraft & Ashcraft, for defendant in error; E. M. Ashcraft, of counsel.

Mr. Justice Dever delivered the opinion of the court.